SHAWN A. LUIZ        6855
Attorney at Law
841 Bishop Street, Suite 200
Honolulu, Hawaii 96813
Tel. (808) 538-0500    Fax (808) 564-0010
E-mail: attorneyluiz@gmail.com

Attorney for Plaintiff
THOMAS J. SIMS, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. SIMS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS DEL TORO, Secretary,<br>U.S. Department of the Navy,<br><br>Defendant. | **CIVIL NO. 22-00086 LEK-KJM**<br><br>PARTIES' STIPULATION TO FILE<br>SUPPLEMENTAL COMPLAINT;<br>ORDER |

## PARTIES' STIPULATION TO FILE SUPPLEMENTAL COMPLAINT

The Original Complaint in this matter was filed on March 29, 2022.

Following the filing of the Complaint, Plaintiff was removed from his position as a Physical Security Specialist at the Pacific Command, located at Camp Smith, in the City and County of Honolulu.

Plaintiff filed an administrative Equal Employment Opportunity Commission action related to his removal and on October 23, 2023, Plaintiff received a related Final Agency Decision.

The parties, by and through their undersigned counsel, hereby Stipulate that Plaintiff be allowed to file a Supplemental Complaint pursuant to FRCP, Rule

15(d) and that the Defendant be allowed up to 60 days to respond to the Supplemental Complaint.

If the Court approves this Stipulation, the parties will contact the Court to schedule a Status Conference after Defendant responds to the Supplemental Complaint.

Defendant does not waive any defenses regarding the statute of limitations and the parties agree that the newly added facts and allegations in the Supplemental Complaint do not relate back to the date (March 29, 2022) of the Original Complaint.

The stipulation is supported by good cause and the parties have been diligent in this matter.

DATED: January 11, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

*Shawn A. Luiz*_____
SHAWN A. LUIZ, ESQ.

Attorney for Plaintiff
THOMAS J. SIMS, JR.

By *Edric M. Ching*_____
   EDRIC M. CHING
   Assistant U.S. Attorney

Attorneys for Defendant

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, January 12, 2024.

Kenneth J. Mansfield
United States Magistrate Judge

*Thomas J. Sims, Jr. v. Del Toro*; Civil No. 22-00086 LEK-KJM "Parties' Stipulation to File Supplemental Complaint; Order."